UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TINAMARIE MAVIS METZ,

              Plaintiff,

        v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
------------------------------------------------------------X

**CONSENT ORDER TO
REMAND PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**
Civil Action
15-CV-767

       This matter having been opened to the Court by Richard S. Hartunian, United States

Attorney for the Northern District of New York, and Benil Abraham, Special Assistant United

States Attorney, attorney for Defendant, for an Order remanding the within cause of action to the

Defendant pursuant to sentence 4 of 42 U.S.C. ' 405(g) so that further administrative action,

including a de novo hearing and new hearing decision, may be taken; and Plaintiff, through the

undersigned attorney, having consented to the within order and the requested remand, and the

Court having considered the matter,

       IT IS on this  15th  day of  January  , 2016;

       ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and

the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in

Melkonyan v. Sullivan, 501 U.S. 89 (1991).



Brenda K. Sannes
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

                                             Richard S. Hartunian
                                             United States Attorney

Date: January 12, 2016

                     By:     *s/ Benil Abraham*
                                    Benil Abraham
                                    Special Assistant U.S. Attorney
                                    Bar No. 515940

                                    Social Security Administration
                                    Office of the General Counsel
                                    26 Federal Plaza, Room 3904
                                    New York, NY 10278

                                    OLINSKY LAW GROUP
                                    Attorney for Defendant

Date: January 13, 2016

                     By:                     
                                    Howard D. Olinsky, Esq.

                                    Bar No. 102297
                                    Attorney for Plaintiff

                                    300 S. State St., Suite 520
                                    Syracuse, NY 13202